IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUNSON ROBERTS                                                            PLAINTIFF
ADC #127841

V.                              Case No. 4:26-CV-00331-KGB-BBM

DEXTER PAYNE                                                                DEFENDANT

## ORDER

On April 6, 2026, Plaintiff Brunson Roberts, an inmate in the Varner Supermax Unit of the Arkansas Division of Correction ("ADC"), filed a *pro se* Complaint under 42 U.S.C. § 1983, along with four of his fellow inmates. (Doc. 1). Pursuant to the Court's usual procedure, the Complaint was severed into five separate cases, and Roberts's case was assigned the above caption and number, *Roberts v. Payne*, No. 4:26-CV-00331-KGB-BBM, ("*Roberts I*").

On April 20, the Court found that Roberts was a three-striker and could not proceed *in forma pauperis* ("IFP") unless he was in imminent danger of serious physical injury. (Doc. 4 at 1–2). He was provided thirty days to file an amended complaint on the court-approved form and either pay the $405 filing fee in full or file an IFP Motion. *Id.* at 2. Roberts was warned that if he sought to proceed IFP, his amended complaint must clearly outline his eligibility to do so. *Id.*

That same day, April 20, Roberts filed a document titled, "Imminent Danger." The document did not contain a case number and was docketed as a new civil rights complaint. *See Roberts v. Does*, 4:26-CV-00402-KGB-ERE ("*Roberts II*"), (Doc. 1). On April 30,

Roberts notified the Court that the "Imminent Danger" document in was *not* intended as a new civil rights complaint, and he wished it to be filed in this action. *Roberts I*, (Doc. 6); *Roberts II*, (Doc. 3). The notice was docketed as a Motion to Correct in both cases. *Id.*

For good cause shown, the Motion to Correct will be granted. The Clerk will be directed to docket the "Imminent Danger" document, currently docketed as the Complaint in *Roberts II*, as a Notice in this action. And the Clerk will be directed to administratively terminate *Roberts II*. Even so, Roberts's obligations under the Court's April 20 Order—to file an amended complaint on the court-approved form and resolve the filing fee issue— remain outstanding. *Roberts I*, (Doc. 4).

IT IS THEREFORE ORDERED THAT:

1.      Roberts's Motion to Correct, (Doc. 6), is GRANTED.

2.      The Clerk is directed to file Roberts's "Imminent Danger" document, currently docketed as the Complaint in *Roberts v. Does*, 4:26-CV-00402-KGB-ERE, as a Notice in this case.

3.      The Clerk is further directed to administratively terminate *Roberts v. Does*, 4:26-CV-00402-KGB-ERE.

4.      If Roberts wishes to proceed with this action, he must timely comply with Court's April 20, 2026 Order, (Doc. 4). **If he does not do so, the case will be dismissed without prejudice.**

SO ORDERED this 30th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2