**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRUNSON ROBERTS**                                                                           **PLAINTIFF**
**ADC #127841**
**v.**                                  **Case No. 4:26-cv-00331-KGB**

**DEXTER PAYNE,** *et al.*,                                                                   **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Brunson Roberts's complaint, first amended complaint, and second amended complaint are dismissed without prejudice (Dkt. Nos. 1; 16; 21). The relief requested is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal in this action would not be taken in good faith.

It is so adjudged this 20th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge